■

**Sadie L. CAMPBELL, petitioner,
v. UNITED STATES.**
**No. 97-1529.**

Supreme Court of the United States.

April 20, 1998.